■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG BRANTLEY, Appellant. [720 NYS2d 420] —Judgment unanimously affirmed. Memorandum: County Court did not

abuse its discretion in denying defendant's request for youthful offender status (*see, People v Grafton,* 136 AD2d 960, 961, *affd* 73 NY2d 779; *People v Ortega,* 114 AD2d 912, *lv denied* 67 NY2d 887). Contrary to defendant's contention, the bargained-for sentence is neither unduly harsh nor severe. (Appeal from Judgment of Wayne County Court, Sirkin, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Pine, Hayes, Wisner and Scudder, JJ.